EAGLES BUILDING AND LOAN ASSOCIATION, respondent,

*v.*

JOSEPH FIDUCCIA et al., appellants.

[Decided January 4th, 1945.]

*Mr. Aaron Marder,* for the respondent.

*Mr. Louis Zemel,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow and reported at *135 N. J. Eq.* 7.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, PERSKIE, PORTER, COLIE, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ.   13.

*For reversal*—None.